UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Michael and Marta McClellan<br><br>        Plaintiffs,<br><br>    v.<br><br>Chase Home Finance, LLC; and JPMorgan Chase Bank, N.A.<br><br>        Defendant. | Case No. SACV 12-1331 JGB (JEMx)<br><br>**JUDGMENT** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, the Court orders that judgment shall be entered as follows:

1. Final Settlement Approval is granted;
2. Class Counsel is awarded attorneys' fees in the amount of $148,877.42;
3. Class Counsel is awarded costs in the amount of $1,122.58;
4. Class Representatives Michael and Marta McClellan are awarded service awards in the amount of $1,500 each;

---

1  5.   The terms of the Settlement Agreement and of the
2       Final Order shall be binding on, and shall have
3       preclusive effect in, all pending and future
4       lawsuits maintained by Plaintiffs and all other
5       Settlement Class Members, as outlined in the
6       Settlement Agreement's Release of Claims; and
7  6.   This action is dismissed, with prejudice.

Dated: August 31, 2015

THE HONORABLE JESUS G. BERNAL
United States District Judge

1